## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 81 EAL 2015
:
                      Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
               v. :
:
:
:
TERRELL COSTNER, :
:
                      Petitioner :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.